■ The People of the State of New York, Respondent, v Shonyeah Douglas, Appellant. (Appeal No. 2.) [778 NYS2d 389]— Appeal from a judgment of the Ontario County Court (James R. Harvey, J.), rendered October 9, 2002. The judgment convicted defendant, upon his plea of guilty, of criminal sale of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Douglas* (8 AD3d 980 [2004]). Present—Wisner, J.P., Hurlbutt, Kehoe, Martoche and Lawton, JJ.

■ The People of the State of New York ex rel. Fred Mabery, Appellant, v W. Barkley, as Superintendent of Cape Vincent Correctional Facility, et al., Respondents. [778 NYS2d 390]—Appeal from a judgment of the Supreme Court, Jefferson County (Hugh A. Gilbert, J.), dated April 3, 2003 in a proceeding pursuant to CPLR article 70. The judgment denied the petition for a writ of habeas corpus.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see People ex rel. Kendricks v Smith*, 52 AD2d 1090 [1976]). Present—Wisner, J.P., Hurlbutt, Kehoe, Martoche and Lawton, JJ.